IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff | ) |
| vs. | ) C.A. No. 06-28T |
| ONE LOT OF EIGHT THOUSAND EIGHT HUNDRED TEN DOLLARS ($8,810.00) IN U.S. CURRENCY, Defendant | ) |

AMENDED COMPLAINT FOR FORFEITURE IN REM

Plaintiff, the United States of America, acting by and through the United States Attorney for the District of Rhode Island, in a civil cause for forfeiture, alleges upon information and belief:

1. That this Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1345 and 1355, 1356, and 1395, 21 U.S.C. § 881(a)(6), and 18 U.S.C. § 983.

2. That on or about June 29, 2005, the defendant currency, one lot of eight thousand eight hundred ten dollars ($8,810.00) in U.S. currency, was seized by agents of the United States Food and Drug Administration (FDA) and United States Drug Enforcement Administration, and inspectors of the United States Postal Inspection Service pursuant to the execution of a federal search warrant at 58 Youngs Avenue, West Warwick, Rhode Island (see affidavit of FDA Special Agent Jason Simonian attached hereto and made a part hereof).

3. That on or before June 29, 2005, the defendant currency

was used to facilitate the illegal possession and distribution of anabolic steroids in violation of 21 U.S.C. § 841 et. seq., to wit: The currency was found concealed in the residence of Kenneth Peckham (who was engaged in the manufacturing and distribution of anabolic steroids) along with over 100 vials of anabolic steroids and 71 needles and syringes. (see affidavit of FDA Special Agent Jason Simonian attached hereto and made a part hereof).

4. That the defendant currency constitutes monies furnished or intended to be furnished in exchange for controlled substances and the proceeds of controlled substance exchanges as within the meaning of 21 U.S.C. § 881(a)(6).

5. That by reason of the foregoing, the defendant currency is forfeited to the United States pursuant to the provisions of 21 U.S.C. § 881(a)(6).

WHEREFORE, plaintiff, the United States of America, prays that due process issue to enforce the forfeiture and to give notice to the interested parties to appear and show cause why forfeiture should not be decreed, that the defendant be condemned as forfeited to the United States of America and thereafter be disposed of according to law; and for all costs incurred as well as such other and further relief as this court may deem just and proper.

Respectfully submitted,

UNITED STATES OF AMERICA

By its attorneys,

ROBERT CLARK CORRENTE
United States Attorney

MICHAEL P. IANNOTTI
Assistant U.S. Attorney

VERIFICATION

I, Michael P. Iannotti, being duly sworn, depose and say that I am an Assistant United States Attorney for the District of Rhode Island, that I have read the foregoing Complaint for Forfeiture in Rem, and that the contents thereof are true to the best of my knowledge, information, and belief.

MICHAEL P. IANNOTTI
Assistant U.S. Attorney

Sworn to and subscribed to before me this 6th day of February, 2006.

Notary Public Notary Public

My commission expires 8/27/09