AFFIDAVIT

I, Jason Simonian, being duly deposed and sworn, say:

1. I am a Special Agent with the United States Food and Drug Administration's Office of Criminal Investigation (FDA-OCI), and have been so employed since September of 1996. I was previously employed as a Special Agent of the United States Department of Labor for approximately 8 years. As an FDA-OCI Special Agent, I primarily conduct investigations into suspected violations of the Federal Food, Drug and Cosmetic Act. I have also been trained by the (FDA-OCI) in those various means and methods by which illegal drug traffickers obtain possess, transport, divert, and distribute controlled substances, including anabolic steroids. I have also received training from the FDA-OCI in the means and methods by which drug traffickers launder their drug trafficking proceeds so as to disguise the origin of said proceeds and make it appear as if those proceeds were obtained from legitimate and lawful source(s) of activity.

2. This affidavit is submitted in support of the Complaint for Forfeiture In Rem against one lot of eight thousand eight hundred and ten dollars ($8,810) in U.S. currency seized on June 29, 2005, pursuant to the execution

of a federal search warrant at 58 Youngs Avenue, West Warwick, Rhode Island, the residence of Kenneth Peckham.

3. Since August 2004, I, along with other FDA-OCI agents, FDA-OCI Task Force agents, agents of the United States Drug Enforcement Administration (DEA), and Inspectors of the United States Postal Inspection Service (USPS) have been involved in the investigation of PECKHAM for the illegal manufacture and distribution of anabolic steroids, Schedule III controlled substances. (See my affidavit dated June 27, 2005, attached hereto and made a part hereof).

4. On June 29, 2005, based upon the results of the investigation referred to above, federal search warrants were executed at PECKHAM'S business, Powerhouse Gym, located at 3751 Mendon Road, Cumberland, Rhode Island and PECKHAM'S residence, 58 Youngs Avenue, West Warwick, Rhode Island.

5. At the business, Powerhouse Gym, 3751 Mendon Road, Cumberland, Rhode Island, agents seized anabolic steroid tablets, numerous boxes of Human Growth Hormone, and syringes.

6. At PECKHAM'S residence, 58 Youngs Avenue, West Warwick, Rhode Island, agents seized anabolic steroids from various locations in the residence including forty-four vials of Winstrol and forty-seven vials of Sustanon, from the toilet tank in the upstairs bedroom. Agents also seized 20 vials of Human Growth Hormone and 71 needles and syringes. I know based upon my training and experience that "Winstrol" is a brand name for the anabolic steroid Stanazolol, a schedule III controlled substance. I further know that Sustanon is an anabolic steroid and schedule III controlled substance. I believe based upon my training and experience that the quantity of suspected steroids seized is consistent with a quantity one would possess if intending to distribute as opposed to solely possesses for personal consumption. In addition to seizing quantities of suspected steroids, Human Growth Hormone (HGH), and other related evidence, a total of eight thousand eight hundred and ten dollars ($8,810) in U.S. currency was seized. The currency was seized from the following locations: two hundred dollars ($200) from the kitchen counter, two thousand, two hundred and ninety dollars ($2,290) from an upstairs closet shelf, five hundred and six dollars ($506) from clothing located at the base of a stair case, and five thousand eight hundred and fourteen dollars ($5,814)

secreted within a crawl space in a bedroom. PECKHAM, who was present in the house at the time of the execution of the search warrant, admitted, prior to the search, to having steroids in the residence in an upstairs drawer and a downstairs refrigerator but claimed that the steroids were for his own personal use.

7. Agents also conducted a consensual search of the residence of PECKHAM'S girlfriend, Garra Verduchi at 1666 Mendon Road, Cumberland, Rhode Island. In a basement cabinet, agents retrieved, with Verduchi's assistance, various items for the manufacturing of steroids including a Cole Palmer Hot Plate, plastic funnel, rubbing alcohol, a capsule filler, 16 syringes, 3 Pyrex beakers, 5 bottles of Benzyl Benzoate, one bottle of B-12, a box of 18ga 11/2 needles, and assorted glass vials. Verduchi advised that the above-seized items belonged to PECKHAM.

8. PECKHAM was arrested and charged in a State of Rhode Island Criminal Complaint with manufacturing and possession with intent to deliver anabolic steroids. On September 2, 2005, PECKHAM was killed in a motorcycle accident in Cumberland Rhode Island.

9. Based upon the foregoing, there is probable cause to believe that one lot of eight thousand eight hundred and ten dollars ($8,810.00) in U.S. currency, described in

paragraph 2, seized from 58 Youngs Avenue, West Warwick, Rhode Island, on June 29, 2005, was furnished and intended to be furnished in exchange for controlled substances, that is, anabolic steroids, and constitutes the proceeds of the exchange of controlled substances, and that said currency is, therefore, subject to seizure and forfeiture pursuant to Title 21 U.S.C. § 881(a)(6).

Jason Simonian
Jason Simonian
Special Agent
Food and Drug Administration
Office of Criminal Investigation

Subscribed and sworn to before me,
this 20th day of January 2006 at
Providence, Rhode Island

Linda A. Mugmanian Notary Public
Notary Public

My commission expires: 8/27/09.