IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff | ) | |
| vs. | ) | C.A. No. 06-28T |
| ONE LOT OF EIGHT THOUSAND EIGHT HUNDRED TEN DOLLARS ($8,810.00) IN U.S. CURRENCY, Defendant | ) | |

AFFIDAVIT

I, Michael P. Iannotti, being duly sworn, depose and say:

1. That I am an Assistant U.S. Attorney for the District of Rhode Island and represent the United States of America herein.

2. That on February 6, 2006 the within action was commenced with the filing of a Complaint for Forfeiture *In Rem* against the defendant currency.

3. That copies of the Summons, Complaint and Warrant of Arrest *In Rem* were served upon Stephen M. Reck, Esq., attorney for the Estate of Kenneth Peckham, on March 10, 2006. (See attached Marshal's form 285).

4. That the Estate of Kenneth Peckham has failed to file a claim within the 30 days permitted by Rule C of the Supplemental Rules for Certain Admiralty and Maritime Claims. Moreover, Stephen M. Reck, Esq., attorney for the Estate of Kenneth Peckham, has indicated that the Estate of Kenneth Peckham does not intend to file a claim to the defendant currency.

5. That due to the foregoing, the affiant knows of no reason why the default of the Estate of Kenneth Peckham to the defendant currency should not be entered at this time.

MICHAEL P. IANNOTTI
Assistant U.S. Attorney

Subscribed and sworn to
before me this 21st day
of April, 2006.

Notary Public

My commission expires August 27, 2009.

USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

U.S. Department of Justice
United States Marshals Service

# PROCESS RECEIPT AND RETURN

See *"Instructions for Service of Process by U.S. Marshal"*

| | |
|---|---|
| PLAINTIFF<br>United States of America | COURT CASE NUMBER<br>C.A. 06-28T |
| DEFENDANT<br>One lot of eight thousand eight hundred ten dollars ( $8,810.00) in U.S. Currency | TYPE OF PROCESS<br>Summons/Warrant/Complaint/Interrogat |

SERVE AT
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Estate of Kenneth Peckham, c/o Stephen M. Reck, Esq. 535-4040 ~~443-5029~~ ~~535-1084~~
ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
Holly Green, Suite 2C-B, 391 Norwich-Westerly Road, North Stonington, CT 06359

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Michael P. Iannotti, Assistant U.S. Attorney
U.S. Attorney's Office
Fleet Center
50 Kennedy Plaza, 8th FL
Providence, RI 02903

| | |
|---|---|
| Number of process to be served with this Form 285 | 4 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

RECEIVED 2006 MAR 20 A 8: U.S. MARSHAL'S OFFICE DISTRICT OF R.I.

| Signature of Attorney other Originator requesting service on behalf of: | | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| [signature] | [x] PLAINTIFF<br>[ ] DEFENDANT | 401/709-5000 | 2-16-06 |

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 4 | No. 70 | No. 14 | [signature] | 2-15-06 |

I hereby certify and return that I [x] have personally served , [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual , company, corporation, etc., at the address shown above on the on the individual , company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served *(if not shown above)*
Sarah Thorp, Legal Assistant

[ ] A person of suitable age and discretion then residing in defendant's usual place of abode

Address *(complete only different than shown above)*

| Date | Time |
|---|---|
| 3/10/06 | 1605 [ ] am [x] pm |

Signature of U.S. Marshal or Deputy
[signature]

| Service Fee | Total Mileage Charges including *endeavors)* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | 104 | | | | $0.00 |

REMARKS: 106 R/T Miles

**PRINT 5 COPIES:**
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00