IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff | ) | |
| vs. | ) | C.A. No. 06-28T |
| ONE LOT OF EIGHT THOUSAND EIGHT HUNDRED TEN DOLLARS ($8,810.00) IN U.S. CURRENCY,<br>Defendant | ) | |

## REQUEST FOR ENTRY OF DEFAULT

Now comes the United States of America, by and through its attorneys, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, and requests the clerk to enter a default against the Estate of Kenneth Peckham for the reasons set forth in the attached affidavit.

Respectfully submitted,

UNITED STATES OF AMERICA

By its attorneys,

ROBERT CLARK CORRENTE
United States Attorney

MICHAEL P. IANNOTTI
Assistant U.S. Attorney

DEFAULT HEREBY ENTERED:

DEPUTY CLERK

April 25, 2006

CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of April, 2006, I forwarded a copy of Request for Entry of Default, by postage prepaid mail, to:

Estate of Kenneth Peckham
c/o Stephen M. Reck, Esq.
Holly Green, Suite 2C-B
391 Norwich-Westerly Road
North Stonington, CT 06359