IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff | ) | |
| vs. | ) | C.A. No. 06-28T |
| ONE LOT OF EIGHT THOUSAND EIGHT HUNDRED TEN DOLLARS ($8,810.00) IN U.S. CURRENCY, Defendant | ) | |

AFFIDAVIT

I, Michael P. Iannotti, on oath depose and say:

1. That I am an Assistant United States Attorney for the District of Rhode Island and represent the United States of America herein.

2. That on or about June 29, 2005, the defendant currency, one lot of eight thousand eight hundred ten dollars ($8,810.00) in U.S. currency, was seized by agents of the United States Food and Drug Administration (FDA) and United States Drug Enforcement Administration, and inspectors of the United States Postal Inspection Service pursuant to the execution of a federal search warrant at 58 Youngs Avenue, West Warwick, Rhode Island.

3. That the default of the Estate of Kenneth Peckham has been entered. (Exhibit One)

4. That notice of this forfeiture action was published in the Providence Journal on March 10, 27, and 24, 2006. (Exhibit Two).

5. That no person or entity has filed any claim to the defendant currency or attempted to plead or otherwise defend the above-entitled action.

6. That due to the foregoing, the affiant knows of no reason why judgment should not enter forfeiting the defendant currency to the plaintiff, the United States of America.

MICHAEL P. IANNOTTI
Assistant U.S. Attorney

Subscribed to and sworn to before me at Providence, Rhode Island this 27th day of April, 2006.

Notary Public

My commission expires: 8/27/09.