Case 1:06-cv-00028-T-DLM Document 8 Filed 04/25/2006 Page 1 of 2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff | ) |
| vs. | ) C.A. No. 06-28T |
| ONE LOT OF EIGHT THOUSAND EIGHT HUNDRED TEN DOLLARS ($8,810.00) IN U.S. CURRENCY, Defendant | ) |

**REQUEST FOR ENTRY OF DEFAULT**

Now comes the United States of America, by and through its attorneys, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, and requests the clerk to enter a default against the Estate of Kenneth Peckham for the reasons set forth in the attached affidavit.

Respectfully submitted,

UNITED STATES OF AMERICA

By its attorneys,

ROBERT CLARK CORRENTE
United States Attorney

[signature]
MICHAEL P. IANNOTTI
Assistant U.S. Attorney

DEFAULT HEREBY ENTERED:
[signature]
DEPUTY CLERK
April 25, 2006

EXHIBIT ONE