Standard Form No. 1143
1 TFRM 4-2000

# ADVERTISING ORDER

ORDER NUMBER

DEPARTMENT OR ESTABLISHMENT, BUREAU OR OFFICE
United States Marshals Service, Providence, RI 02903

DATE
2.26.06

The publisher of the publication named below is authorized to publish the enclosed advertisement according to the schedule below provided the rates are not in excess of the commercial rates charged to private individuals with the usual discounts. It is to be set solid, without paragraphing, and without any display in the heading unless otherwise expressly authorized in the specifications.

NAME OF THE PUBLICATION ADVERTISED IN
Providence Journal

SUBJECT OF ADVERTISEMENT
$8810.00 05-FDA-000074

EDITION OF PAPER ADVERTISEMENT APPEARED
Daily

NUMBER OF TIMES ADVERTISEMENT APPEARED
3

DATE(s) ADVERTISEMENT APPEARED
03/10, 03/17 + 03/24/06

SPECIFICATIONS FOR ADVERTISEMENT

COPY FOR ADVERTISEMENT

See attached

| AUTHORITY TO ADVERTISE | INSTRUMENT OF ASSIGNMENT |
|---|---|
| NUMBER | NUMBER |
| DATE | DATE 02/17/06 |
| SIGNATURE OF AUTHORIZING OFFICIAL [signature] 2/26/06 | TITLE Seizure & Forfeiture Specialist |

## INSTRUCTIONS TO PUBLISHERS

Extreme care should be exercised to insure that the specifications for advertising to be set other than solid be definite, clear, and specific since no allowance will be made for paragraphing or for display or leaded or prominent headings, unless specifically ordered, or for additional space required by the use of type other than that specified. Specifications for advertising other than solid and the advertisement copy submitted to the publisher will be attached to the voucher. The following is a sample of solid line advertisement set up in accordance with the usual Government requirements.

DEPARTMENT OF HIGHWAYS & TRAFFIC. D.C. Bids are requested for first spring 1966 cement concrete repair contract, including incidental work, Washington, D.C. Invitation No. C-6576-H, consisting of 11,600 sq. yds. PCC Class BB sidewalk repair and 2,000 cu. yds. PCC Class A pavement, alley, & driveway repair, both cut repairs only. Bidding material available from the Procurement Officer, D.C. Sealed bids to be opened in the Procurement Office at 2:00 p.m., November 15, 1966.

Your bill for this advertising order should be submitted on the "Public Voucher for Advertising" form, which is printed on the reverse of this form, immediately after the last publication of the advertisement. If copies of the printed advertisement are not available, complete the affidavit provided on the voucher. Submit the voucher and a copy of the printed advertisement to ▶

United States Marshals Service
P.O. Box 1524
Providence, RI 02901-1524

### IMPORTANT

Charges for advertising when a cut, matrix, stereotype or electrotype is furnished will be based on actual space used and no allowance will be made for shrinkage.

In no case shall the advertisement extend beyond the date and edition stated in this order.

1143-108

EXHIBIT TWO

ast Providence,
ode Island 02914
Committee Meeting
larch 14, 2006
AGENDA
PM - Executive Ses-
accordance with RI
Laws, Section 42-46-
ersonnel, (a) (2) Liti-

ession - 7:30 PM
of Allegiance
nt of Silence
s of Previous Meet-

Report
udent Recognition
vards)
dent Recognition -
ee
ident Recognition
School Mediation

s
g of Communica-

of Superintendent

ease of Schools -
e School and Wad-
hool
ding of Bids
nthly Financial

nnel Recommen-

ies Report
rip Requests
ests for Home

f Calendar 2006-

Sub-Committees
ty Involvement

ey
Business
ness
y Resolution
Lacrosse (P,

Bills
nd Answer Peri-

nt
services for the
provided if re-
forty-eight (48)
the meeting at
ny person
peak may do
his/her hand
Committee
ut prior to
ken.

DEPARTMENT OF PUBLIC WORKS

MULTIFUNCTION PLOTTER/COPIER/SCAN-TO-FILE.

CONSTRUCTION INSPECTION SERVICES - (CITY-WIDE PAVING PROJECT).(A PRE-BID CONFERENCE WILL BE HELD ON WEDNESDAY, MARCH 22, 2006 at 10:00 A.M. AT 700 ALLENS AVENUE, PROVIDENCE, RI 02905)

DEPARTMENT OF PUBLIC WORKS

SMITH HILL STREET SIGN PROJECT.

WATER SUPPLY BOARD

"REMEDIATION OF THE FORMER GREEN ACRES PROPERTY".

All bids must be submitted in Sealed Envelopes or Wrappers with the TITLE AND DEPARTMENT TO WHICH THEY ARE RELATED ENDORSED THEREON AND ADDRESSED TO THE BOARD OF CONTRACT AND SUPPLY, DEPARTMENT OF CITY CLERK, CITY HALL, PROVIDENCE, RI 02903.

Plans and Specifications may be obtained at the OFFICE OF THE PURCHASING DIRECTOR, CITY HALL, PROVIDENCE, RI 02903.

The City of Providence reserves the right to reject any and all bids in the best interest of the City.

An Equal Opportunity Employer and Minimum Wage Rates to be Paid.

Minority Business Enterprises and Women Business Enterprises are encouraged to submit bids.

By Order of the Board of Contract and Supply, which will meet on the above day and date at 2:15 o'clock P.M. in the Chambers of the City Council.

Offices and City Council Chambers are accessible to individuals with disabilities. Facilities are accessible to people with disabilities. If you are in need of interpreter services for the hearing impaired, please contact the Office of Neighborhood Services at 421-7768 not less than 48 hours in advance of the meeting.

David N. Cicilline
Mayor and Chairman

Anna M. Stetson
City Clerk

C. Policy #6405 - Screening Potential Employees and School Volunteers - Adoption
D. 2004-2005 Money Held Back by Exeter
VI. REPORTS/COMMENTS
VII. IMPORTANT DATES AND MEETINGS
VIII. EXECUTIVE SESSION
D. 42-46-5 (a)(9) - Collective Bargaining - Council 94 - Contract
E. 42-46-5 (a)(9) - Collective Bargaining - Grievances
IX. ADJOURNMENT

## NOTICE OF FORFEITURE UNITED STATES DISTRICT COURT DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA,
Plaintiff
vs.
ONE LOT OF EIGHT THOUSAND EIGHT HUNDRED TEN DOLLARS ($8,810.00) IN U.S. CURRENCY,
Defendant
C.A. No. 06-28T

Notice is hereby given that on February 13, 2006, I arrested one lot of eight thousand eight hundred ten dollars in U.S. currency ($8,810.00) pursuant to a warrant of arrest issued by the Magistrate Judge of this court upon the filing of an amended verified complaint in the above action. Said currency was seized from 58 Youngs Avenue, West Warwick, Rhode Island, on June 29, 2005. Any person having or claiming an interest in or to said property must file his claim with the Clerk of this Court at the United States District Court, Federal Building and U.S. Courthouse, One Exchange Terrace, Providence, Rhode Island 02903, with a copy to the United States Attorney, 50 Kennedy Plaza, 8th Floor, Providence, Rhode Island 02903, within 30 days of this date, and must file his answer to the complaint herein within 20 days thereafter.

Burton Stallwood
United States Marshal

... tor and Superintendent of Banking, Department of Business Regulation, Division of Banking, 233 Richmond Street, Suite 231, Providence, Rhode Island 02903.

The Division of Banking is accessible to the handicapped.

II. at the end of the comment period, there are no objectors to the application, no hearing may be held and a decision may be made to approve or deny the application.

This notice will appear in THE PROVIDENCE JOURNAL on March 10, 2006, March 14, 2006 and March 22, 2006.

State of Rhode Island
and Providence Plantations
Department of
Business Regulation
A. Michael Marques
Director of
Business Regulation

## CITY OF EAST PROVIDENCE PUBLIC HEARING ORDINANCE

A public hearing will be held in the Council Chamber, City Hall, 145 Taunton Avenue, East Providence, Rhode Island, a meeting of the City Council on March 21, 2006 at 7:30 PM relative to final passage of the following ordinance:

AN ORDINANCE IN AMENDMENT OF CHAPTER 11 OF THE REVISED ORDINANCES OF THE CITY OF EAST PROVIDENCE, RHODE ISLAND, 1998, AS AMENDED, ENTITLED "PERSONNEL, PENSIONS AND RETIREMENT" REGARDING A "COLA" INCREASE.

Individuals requesting interpreter services for the hearing impaired or needing other special services, must call 435-7500 or 434-1633 (v//tdd) forty-eight (48) hours in advance of the meeting date.

Said ordinance is available for public inspection at the office of the City Clerk.

Dana L. Toy
City Clerk

Guardian of the person; creditors must file their claims in the office of the Probate Clerk within the time required by law beginning March 10, 2006

FALL, SHIRLEY ESTATE OF Petition for Limited Guardianship; for hearing March 20, 2006.

ENNIS, JEFFREY F. ESTATE OF Guardian's Twenty Second Account; for hearing March 20, 2006.

SAMMARTINO, TINA MARIA ESTATE OF Petition for Sale of Real Estate in the Town of North Providence designated as Assessor's Plat 7 Lot 109, for hearing March 20, 2006.

PORCARO, DORIS ESTATE OF Petition for Probate of Will; for hearing March 20, 2006.

Individuals requesting interpreter services for the hearing impaired must notify the office of the Probate Clerk at 232-0900 (Ext. 213) 72 hours in advance of the hearing date.

Mary Ann DeAngelus
Town Clerk

## EAST PROVIDENCE SCHOOL DEPARTMENT

School Administration Building
80 Burnside Avenue
East Providence,
Rhode Island 02915

### Special School Committee Meeting

March 13, 2006
Agenda

I. Public Call to Order at 1:00 PM
II. Move to Executive Session - In accordance with Section 42-46-5 of the Exemptions of Chapter 46 of the RI General Laws pursuant to Section 42-46-5 (a) (8) Student Discipline
III. Adjournment

Antone M. Gouveia,
Chairman

More Legals on G 2

Clerk

STATE TRAFFIC COMMISSION
STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
230 STATE OFFICE BUILDING
2 CAPITOL HILL
PROVIDENCE, RHODE ISLAND 02903

NOTICE

Notice is hereby given by the State Traffic Commission of the State of Rhode Island and Providence Plantations of the intended adoption by its pursuant to Chapter 42-35 of the General Laws of Rhode Island, 1956, as amended, entitled "Administration Procedures," as rules thereunder of all promulgation made by it at its meeting held **February 8, 2006** with respect to traffic control, parking and speed restrictions pertaining to state highways within its jurisdiction.

Said rules, pursuant to Chapter 42-35, are intended to be effective on **April 5, 2006.** Said deliberations are presently on file in the office of the State Traffic Commission and can there be viewed.

All interested persons wishing to submit for the consideration of the Commission data, views, or arguments relating to said proposed adoptions, may submit the same in writing or orally to Mr. Robert Rocchio, P.E., Secretary of the State Traffic Commission, Room 230 State Office Building, 2 Capitol Hill, Providence, Rhode Island 02903, prior to the proposed date of adoption thereof. This notice is given pursuant to Chapter 42-35 of the General Laws of Rhode Island, 1956, as amended, entitled "Administration Procedures."

The State Traffic Commission's next meeting will be on **April 12, 2006**, in Room 203, State Capitol Building, 10:00 a.m.

Robert Rocchio, P.E.
Secretary/State Traffic Commission

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
FAMILY COURT
JUVENILE CLERK'S OFFICE
ONE DORRANCE PLAZA
PROVIDENCE, RI 02903
Providence County
DATE: 9 March, 2006

NOTICE TO: PAUL GONZALEZ and any and all parties in interest.

In Re: HARMONEY KIARA TOLENTINO and ANTONIO MARCUS SHAWN TOLENTINO; born on 12-08-1998; 01-23-2002; Juvenile Number 200227801,2; Case Number PT1-06-000049, -000050.

A case has been brought in the Rhode Island Family Court to decide whether you have any parental rights to this child. If you do not appear at a hearing about this matter at the Family Court, One Dorrance Plaza, Providence, RI 02903 on 29-MAR-2006 at 09:00:00 AM, an order will enter without your consent that you no longer have any rights to this child, and the child may be adopted.

P. Charles Haigh
Administrator/Clerk

show cause, if any, why the prayer of the petition should not be granted.

Unless your appearance is filed by or for you, your default will be recorded, the said petition will be taken as confessed and you will be forever barred from contesting said petition or any decree entered thereon. And in addition to the usual service of this notice as required by law, it is ordered that the foregoing citation be published forthwith once each week for three successive weeks in THE PROVIDENCE JOURNAL, a newspaper published in the City and County of Providence, State of Rhode Island on March 10, 14 and 24, 2006.

WITNESS the SEAL of our SUPERIOR COURT, at Newport, this 3rd day of March, A.D. 2006.

Sara Simmons
Asst. Clerk

REQUESTS FOR PROPOSALS

The East Greenwich Fire District (EGFD) is soliciting requests for proposals for the following:

INSURANCE COVERAGES - VARIOUS

Specifications for this item may be picked up at the EGFD, 284 Main Street, East Greenwich, R.I. 8:30 A.M. - 3:30 P.M. Monday through Friday, holidays excepted. Bids, as per the specifications, may be hand delivered or mailed to Chief Thomas Bowen, EGFD, 284 Main Street, East Greenwich, RI 02818.

NOTICE OF FORFEITURE
UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND
UNITED STATES OF AMERICA,
Plaintiff
vs.
ONE LOT OF EIGHT THOUSAND EIGHT HUNDRED TEN DOLLARS ($8,810.00) IN U.S. CURRENCY,
Defendant
C.A. No. 06-28T

Notice is hereby given that on February 13, 2006, I arrested one lot of eight thousand eight hundred ten dollars in U.S. currency ($8,810.00) pursuant to a warrant of arrest issued by the Magistrate Judge of this court upon the filing of an amended verified complaint in the above action. Said currency was seized from 58 Youngs Avenue, West Warwick, Rhode Island, on June 29, 2005. Any person having or claiming an interest in or to said property must file his claim with the Clerk of this Court at the United States District Court, Federal Building and U.S. Courthouse, One Exchange Terrace, Providence, Rhode Island 02903, with a copy to the United States Attorney, 50 Kennedy Plaza, 8th Floor, Providence, Rhode Island 02903, within 30 days of this date, and must file his answer to the complaint herein within 20 days thereafter.

Burton Stallwood
United States Marshal

plicant seeks relief from regulations governing exterior wall fire-resistance ratings, maximum area of exterior wall openings, definition lot line, egress door remoteness, enclosure exit, type A units, natural ventilation openings, and encroachment over lot line.

CAPITAL PROPERTIES, INC.: 10 Memorial Boulevard, Lot 109 on the Tax Assessor's Plat 19; to be relieved from Sections 1004.1, 1004.1.2 (Table 1004.1.2), 1004.1.3 and 1008.1.8.6 relating to the new 435,000 square foot 12-story building containing one-story of retail space, 4 stories of structured parking and 7 stories of office space, currently under construction. The applicant seeks relief from regulations governing design occupant load, number of occupants, and delayed egress locks required.

VILMA DeLEON: 380 Broadway, Lot 6 on the Tax Assessor's Plat 32; to be relieved from Tables 503, 602, 704.8 and 715.8; Sections 1009.1, 1009.3, 1009.4, 1009.8, 1009.11, 1009.11.5, 1019.1, 1019.1.4, 1301.1.1 (SBC-8), 1607.1 and 3409.3 in the proposed change in the use of the property from a four-family dwelling and doctor's office to a two-family dwelling and two real estate offices. The applicant seeks relief from regulations governing fire-resistance ratings, maximum area of exterior wall openings, stairway width, treads & risers, landings, winders, handrails, handrail extensions, enclosures, vertical enclosure of exterior wall, energy conservation, minimum live load, and change of occupancy (accessibility for the physically challenged & aged handicap).

GREGORY A. RAHEB: 371 Richmond Street, Lot 404 on the Tax Assessor's Plat 21; to be relieved from Sections 503.2 and 705.1 in the proposed construction of a party wall running along the existing property line. The applicant seeks relief from regulations governing party wall/fire wall.

THIS MEETING MAY BE CONTINUED FORM DAY TO DAY AND TIME TO TIME AT THE DISCRETION OF THE BUILDING BOARD OF REVIEW.

THIS MEETING IS ACCESSIBLE TO ALL PERSONS. INDIVIDUALS REQUESTING INTERPRETER SERVICES MUST NOTIFY THE OFFICE OF NEIGHBORHOOD SERVICES AT 401-421-7768, 48 HOURS IN ADVANCE OF THE HEARING DATE.

ESTA REUNION PUEDE SER CONTINUADA EN CUALQUIER MOMENTO BAJO LA DISCRECTION DE LA JUNTA DE REVISIONES DE EDIFICIO.

LA INFORMACION DE ESTA REUNION ESTA DISPONIBLE PARA TODAS LAS PERSONAS E INDIVIDUOS QUE REQUIERAN SERVICIOS DE INTERPRETE, LLAME A LA OFICINA DE SERVICIOS VECINDALES AL (401) 421-7768, POR LO MEMOS 48 HORAS ANTES DE SU FECHA DE JUICIO.

PETER D. CARNEVALE,
SECRETARY
401-421-7740 EXT. 376



For additional information and details on how to place your Classified ad, call 401.277.7700. Don't forget to ask for special icons and watch your property sell!

MORE THAN ANYBODY 24/7
CLASSIFIEDS
The Providence Journal

:GAL NOTICES

Town of Johnston
:CE OF MATTERS
ING AND FOR HEAR-
N SAID COURT
...ssment - Students and
ployees - 1st Reading
.. Renewal of CTC Con-
t
). Extension of Building
ntrol Contract
E. Letter to the Community
F. Special Education Status
port
UNFINISHED BUSINESS
A. New Textbook Adop-
n - History
B. Policy #2300 - School
fety Plans-Crisis and Emer-
ncy Response Management
nd Reading
C. Policy #4200-Food-
rne Illness Management -
d Reading
D. Referendum Bond Dis-
ssion
E. 2004-2005 Money Held
ck by Exeter
F. Final Budget 2006-2007
. REPORTS/COMMENTS
I. IMPORTANT DATES
ND MEETINGS
II. EXECUTIVE SESSION
A. 42-46-5 (a)(9) - Collec-
e Bargaining - Grievances
. ADJOURNMENT

LEGAL NOTICES

STATE OF RHODE ISLAND
**Probate Court of the City of Providence:**

... kilovolt (kV) transmission line and 115 kV tap lines, reconductor an existing 115 kV transmission lines, construct a new 115-12.47 kV substation and expand and modify an existing substation (collectively, the "Project"). On March 3, 2006, the EFSB issued a Notice of Designation to the Public Utilities Commission (the "Commission") to render an Advisory Opinion as to the need and cost-justification for the Project. The Advisory Opinion to the EFSB is due by September 5, 2006.

The Commission has established this docket and set a procedural schedule for the purpose of evaluating the need and cost-justification for the Project prior to rendering an advisory opinion to the EFSB. The deadline to file a Motion to Intervene as a party in this docket is April 3, 2006. Intervenors will be bound by the procedural schedule. Motion to Intervene shall be filed in compliance with Section 1.13(c) of the Commission's Rules of Practice and Procedure.

The docket and related documents are on file for examination at the Commission Clerk's office located at 89 Jefferson Boulevard, Warwick, Rhode Island. The application can also be accessed at www.ripuc.org/eventsactions/docket/3732page.html

Reference is made to Chapters 39-1, 39-3 and 42-35 of the Rhode Island General Laws.

Luly E. Massaro
Commission Clerk
March 24, 2006

**NOTICE OF FORFEITURE**
**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**
UNITED STATES OF AMERICA,
Plaintiff
vs.
ONE LOT OF EIGHT THOUSAND EIGHT HUNDRED TEN DOLLARS ($8,810.00) IN U.S. CURRENCY,
Defendant
C.A. No. 06-28T

Notice is hereby given that on February 13, 2006, I arrested one lot of eight thousand eight hundred ten dollars in U.S. currency ($8,810.00) pursuant to a warrant of arrest issued by the Magistrate Judge of this court upon the filing of an amended verified complaint in the above action. Said currency was seized from 58 Youngs Avenue, West Warwick, Rhode Island, on June 29, 2005. Any person having or claiming an interest in or to said property must file his claim with the Clerk of this Court at the United States District Court, Federal Building and U.S. Courthouse, One Exchange Terrace, Providence, Rhode Island 02903, with a copy to the United States Attorney, 50 Kennedy Plaza, 8th Floor, Providence, Rhode Island 02903, within 30 days of this date, and must file his answer to the complaint herein within 20 days thereafter.

LEGAL NOTICES

PUBLIC NOTICE
**Department of Environmental**

provisions of the Gloucester Code of Ordinances, entitled Earth Removal, Chapter 166, that the following named person(s) have applied to said Town Council for renewal of an Earth Removal License:

1. Applicant: Adler Brothers Construction, Inc.
Location of Business: Putnam Pike, further described as AP 14, Lots 18, 19 and 20

2. Applicant: George O. Steere, Sr. et als
Location of Business: Route 102, further described as AP 13, Lot 2

3. Applicant: Bella Sand, LLC
Location of Business: Between Rt. 98, Rt. 102 & Cross Road, further described as AP 10, Lot 105, 106, 106A and 118

Per Order of
Town Council
Jean M. Fecteau
Town Clerk

Individuals requiring interpreter services for the hearing impaired must notify the Town Clerk at (401) 568-6202 not less than 72 hours in advance of the meeting date.

**REQUEST FOR PROPOSALS**

The Warwick School Committee desires to seek sealed proposals for:

Bid #06-035 Copiers, Duplicators and Collators, April 12, 2006 at 2:00 PM

Specifications are available at the Business Office, 34 Warwick Lake Avenue, Warwick, Rhode Island 02889, and will be opened publicly in the School Committee Room.

Individuals requiring an interpreter should contact the Special Services Office three (3) Business Days prior to the opening by calling 734-3000. Hearing impaired persons may obtain assistance by calling 1-800-745-5555 TTY, forty-eight (48) hours prior to opening.

Robert A. Cushman
School Committee Chairman
Affirmative Action/EOE

State of Rhode Island
and Providence Plantations
Department of Transportation
**NOTICE OF CONDEMNATION**
**CONDEMNATION PLAT NO. 2590**
**STREET/ROADWAY:**
Blackstone River Bikeway
Contract: 4A
**FROM:**
Mill St.
**TO:**
John St.
**CITY/TOWN:**
Cumberland

The Department of Transportation, pursuant to the authorization received from the State Properties Committee on February 21, 2006, did acquire on March 1, 2006 a Highway Taking, Temporary Easement & a Permanent Easement in the location referred to above for construction.

A complete copy of the legal description may be obtained from the Office of the Director of the Department of Transportation through its Real Estate Section, c/o Richard T. Kalunian, Chief Real Estate Specialist, Two Capital ...

LEGAL NOTICES

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
FAMILY COURT

... of the Town of Johnston will be in session on the dates specified in the notices below at 9:00 A.M. at the Probate Court, Crossroad Commons, 1395 Atwood Avenue, Johnston, RI for hearing said matters.

Pinkham, Athena L Estate #2006-37 Petition for Change of Name; for hearing April 11, 2006

Cappelli, Anna Estate #2005-38 Petition for Guardianship; for hearing April 11, 2006

Carlino, Michelle Estate #2006-16 Michelle Carlino has qualified as Guardian; Creditors must file their claims in the Office of the Probate Clerk within the time required by law beginning March 24, 2006

DiFonzo, Anthony Estate #2006-28 Richard DiFonzo has qualified as Executor; Creditors must file their claims in the Office of the Probate Clerk within the time required by law beginning March 24, 2006

Maloney, Wanda S Estate #2006-29 Maureen Seroka has qualified as Administratrix; Creditors must file their claims in the Office of the Probate Clerk within the time required by law beginning March 24, 2006

Musco, Alphonse Estate #2006-15 Agnes Musco has qualified as Executrix; Creditors must file their claims in the Office of the Probate Clerk within the time required by law beginning March 24, 2006

Robin D. Pimental
Town Clerk

**REQUEST FOR PROPOSAL FOR INDEPENDENT AUDIT SERVICES**

The Greater Attleboro-Taunton Regional Transit Authority (GATRA) is soliciting proposals from qualified firms to provide services in connection with the preparation of its annual certified financial statement and single audit report for Fiscal Year 2006 and an option for up to four additional fiscal years.

GATRA hereby notifies bidders that it will affirmatively ensure that in regard to any contract entered into pursuant to this advertisement, minority business enterprises will be afforded full opportunity to submit proposals in response to this request and will not be discriminated against on the grounds of race, color, national origin or disability. The performance of this contract is subject to the requirements of Title VI of the Civil Rights Act of 1964, as amended and applicable equal employment requirements. This contract is subject to a financial assistance contract between GATRA, Commonwealth of Massachusetts and the Federal Transit Administration (FTA).

Proposals will be accepted until 2:00 PM on May 3, 2006. For detailed specifications and proposal requirements, call or write Francis J. Gay, Administrator, GATRA, 10 Oak Street, 2nd Floor, Taunton, MA 02780, telephone (508) 226-1102, Ext. 222. GATRA reserves the right to waive any informality in/or to reject any or all proposals, ...

LEGAL NOTICES

**TOWN OF COVENTRY PROBATE COURT**
MATTERS PENDING AND ...
KNOWN AND UNKNOWN,
Respondents
WM 2005-524
**CITATION**

TO ALL WHOM IT MAY CONCERN, and to DOWNING/INDIAN LAKE, INC. and SHAREHOLDERS AND CREDITORS OF DOWNING/INDIAN LAKE, INC., KNOWN AND UNKNOWN, and DOWNING/INDIAN LAKE ASSOCIATES, INC. and SHAREHOLDERS AND CREDITORS OF DOWNING/INDIAN LAKE ASSOCIATES, INC., KNOWN AND UNKNOWN;

Whereas, a Petition has been presented to said Court by JOSEPH PLATT and EVA PLATT, of South Kingstown to foreclose all rights of redemption from the tax lien proceedings described in said Petition in and concerning that certain parcel of land situated on Mooresfield Road, in the Town of South Kingstown, County of Washington, and in said State as bounded and described in said Petition, and further described in the Tax Assessor's Records of the Town of South Kingstown as Plat 18-4, Lot 7; and also described as being a portion of that land described in that certain deed to Downing/Indian Lake, Inc. recorded in the South Kingstown Land Evidence Records on October 7, 1986 in Book 273 at Page 303;

If you desire to make any objection or defense to said Petition, you or your attorney must file a written appearance and answer, under oath, setting forth clearly and specifically your objections or defense to each part of said Petition, in the Office of the Superior Court, in Washington County, on or before the 28th day of April, 2006, that you may then and there show cause, if any, why the prayer of the Petition should not be granted, said answer must also be sent to Martha Day, Esquire, Attorney for the Petitioner, 71 Main Street, Wakefield, Rhode Island 02879.

Unless your appearance is filed by or for you, your default will be recorded, the said Petition will be taken as confessed and you will be forever barred from contesting said Petition or any decree entered thereon. In addition to the usual service of this notice as required by law, it is ordered that the foregoing Citation be published forthwith once each week for three (3) weeks in THE PROVIDENCE JOURNAL, a newspaper circulated in said County of Washington, to wit: on the 17th day of March, 2006, on the 24th day of March, 2006, and on the 31st day of March, 2006.

WITNESS the seal of our Superior Court, Washington County, this 13th day of March, 2006.

Courtland R. Chapman,
Clerk

More Legals on G2

ch.
uch it costs
our stuff.
0 for more details.
t $200 or less.
Nothing.
That's how much it costs you to sell your stuff.
special icons and watch your property sell!