IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff | ) | |
| vs. | ) | C.A. No. 06-28T |
| ONE LOT OF EIGHT THOUSAND EIGHT HUNDRED TEN DOLLARS ($8,810.00) IN U.S. CURRENCY, Defendant | ) | |

ORDER OF JUDGMENT AND DECREE OF FORFEITURE

The default of the Estate of Kenneth Peckham having been entered; and it appearing that no other claim to the defendant currency has been filed since said currency was seized;

It is hereby

ORDERED, ADJUDGED, and DECREED

that the defendant, one lot of eight thousand eight hundred ten dollars ($8,810.00) in U.S. currency, is forfeited to the plaintiff, the United States of America, and the United States Marshal is authorized to dispose of said currency according to law.

BY ORDER:

[signature]

ENTER:

Ernest C. Torres

ERNEST C. TORRES
CHIEF JUDGE
UNITED STATES DISTRICT COURT
5/23/06